Edward Meany, administrator of estate of Edmund Quarry, deceased, appellee, v. William John Daniels, appellant. Gen. No. 25,417.

Action to recover damages for death caused by an assault. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

Cruice & Langille, for appellant; Daniel L. Cruice, of counsel. Edwin A. Halligan, for appellee; Nathaniel Rubinkam, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.